# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CITY OF ARNOLD, PENNSYLVANIA,

               Respondent

               v.

WAGE POLICY COMMITTEE OF THE
CITY OF ARNOLD POLICE
DEPARTMENT, O/B/O PAMELA CIMINO,

               Petitioners

         :  No. 238 WAL 2016
         :
         :
         :
         :  Petition for Allowance of Appeal from
         :  the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**.  The issue, rephrased for clarity, is:

> Is a dispute between a union and a municipality arising out of a surviving spouse's pension benefit arbitrable under the Collective Bargaining by Policemen or Firemen Act, 43 P.S. §§ 217.1–217.10, where the benefit was afforded to the surviving spouse of a police officer or firefighter statutorily, and incorporated into the parties collective bargaining agreement?